**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 16-05896

ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. §522(F)(1)(A))

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
LISA MARIE ROYAL )   CASE NO.: 16-05896
Last four digits of social security #: 9596 )   CHAPTER: 7
)   ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. §522(F)(1)
)   (A))
)
                    Debtor.    )

Before the Court is the motion of the Debtor to avoid the judicial lien held by the following creditor:

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior/ unavoidable liens | Applicable Exemption and Code Section | Value of the debtor's interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| James D. Kiser, Jr. (entered 6/9/15) - real property located at 9518 South Cardinal Drive, Ladson, SC | $2,305 | $60,150 | $19,100 - S.C. Code Ann. § 15-41-30(A)(1) - Debtor's ex-husband lives in this property and, pursuant to the divorce decree, their 2 children live in this property every other week | $0 | $0 | $2,305 |

The Court finds that the judicial lien of the above-named creditor impairs the exemptions to which the Debtor would otherwise be entitled under 11 U.S.C. §522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial lien should therefore be avoided pursuant to 11 U.S.C. §522(f)(1)(A) in the amounts set forth above.

Therefore, IT IS ORDERED that the judicial lien held by the above-named creditor be, and hereby is, avoided in the amount set forth above. Any judicial lien set forth above which is avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.