**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16–05896–dd                                    Chapter: 7

**In re:**
Lisa Marie Royal
aka Lisa Neicen, aka Lisa Hodge

| Entered By The Court 3/2/17 | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 3/2/17 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

The trustee having certified that the estate of the above−named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above named debtor(s) is closed.

_[signature]_

Chief United States Bankruptcy Judge